Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Taylor Anello, Esq.
Nevada Bar No. 12881
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Facsímile: (702) 784-5252
Email: calexander@swlaw.com
        tanello@swlaw.com

*Attorneys for SunTrust Mortgage, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LES COHEN,<br><br>Plaintiff,<br><br>v.<br><br>GLYNIS TURRENTINE; and SUNTRUST MORTGAGE, INC.; and U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JP ALT 2006-A2; and MONTEREY AT THE LAS VEGAS COUNTRY CLUB; and LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES; DOES 1 through 10, inclusive ROE CORPORATION, 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:15-CV-00412-GMN-GWF<br><br>**DEFENDANT SUNTRUST MORTGAGE, INC.'S STATEMENT REGARDING THE COURT'S MARCH 9, 2015 ORDER CONCERNING REMOVAL** |

Pursuant to the Court's March 9, 2015 Order Concerning Removal, Defendant SunTrust Mortgage, Inc. ("SunTrust"), submits the following responsive statement:

1. *The date(s) on which you were served with a copy of the Complaint in the removed action*:

On January 29, 2015, Plaintiff, Les Cohen, filed the Complaint, initiating the Action. Plaintiff served the Complaint to SunTrust on February 5, 2015.

2.      *The date(s) on which you were served with a copy of the summons*:

Plaintiff served the Summons to SunTrust on February 5, 2015.

3.      *In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy:*

a) Citizenship of the parties:

There is complete diversity between the parties because, as set forth in detail below, none of the properly joined Defendants are citizens of Nevada.  At the time Plaintiff's Complaint was filed, Plaintiff was a citizen of the State of Nevada.

Under 28 U.S.C. § 1332(c)(1), a corporation is a citizen of any state in which it has been incorporated and of any state where it has its principal place of business.  SunTrust is, and was at the time this action was commenced, a corporation incorporated in Virginia with its principal place of business in that state.

Co-defendant U.S. Bank National Association As Trustee of JP ALT 2006-A2 ("U.S. Bank") is, and was at the time this action commenced, a Delaware corporation with its principal place of business in that state.

Co-defendants Glynis Turrentine ("Turrentine"), Monterey at the Las Vegas Country Club, and Las Vegas International Country Club Estates (the "HOA Defendants") are Nevada citizens, but fraudulently joined, and thus their citizenship should be disregarded for purposes of determining diversity as detailed below.

b) Summary of evidence of amount in controversy:

The jurisdictional amount required for removal based on diversity is also met because Plaintiff's Complaint establishes that the amount in controversy exceeds the sum of $75,000.00. 28 U.S.C. § 1332(a).  "In a suit to quiet title, or to remove a cloud therefrom, it is not the value of the defendant's claim which is the amount in controversy, but it is the whole of the real estate to which the claim extends."  *Allum v. Mortgage Elec. Registration Sys., Inc.,* 2:12-CV-00294-GMN, 2012 WL 4746927 (D. Nev. Oct. 3, 2012) (citing *Garfinkle v. Wells Fargo Bank,* 483 F.2d

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1   1074, 1076 (9th Cir.1973) (treating entire value of real property as amount in controversy in

2   action to enjoin foreclosure sale).)

3         Plaintiff seeks title to the property free of any obligations under the First and Second

4   Deeds of Trust.  Turrentine originally executed a promissory note secured by a deed of trust on

5   the Property in the amount of $185,600.00.  *See* Deed of Trust recorded November 18, 2005, See

6   Docket No. 1 at Exhibit I.  Thereafter, Turrentine executed a secondary promissory note secured

7   by a deed of trust on the Property in the amount of $46,400.00.  *See* Deed of Trust (Secondary

8   Lien) Recorded November 18, 2005, See Docket No. 1 at Exhibit J.    Accordingly, Plaintiff seeks

9   to extinguish over $230,000 in liens on the Property.  Consequently, the Action satisfies the

10   amount in controversy requirement under 28 U.S.C. § 1332.

11         *4.*    *If your notice of removal was filed more than thirty (30) days after you first*

12   *received a copy of the summons and complaint, the reason removal has taken place at this time*

13   *and the date you first received a paper identifying the basis for removal:*

14         Not applicable.

15         *5.*    *In actions removed on the basis of this Court's jurisdiction in which the action in*

16   *state court was commenced more than one year before the date of removal, the reasons this*

17   *action should not summarily be remanded to the state court.*

18         Not applicable.

19         *6.*    *The name(s) of any defendant(s) known to have been served before you filed the*

20   *notice of removal who did not formally join in the notice of removal and the reasons they did not.*

21         Not applicable.  The fraudulently joined defendants have not appeared and are not

22   properly a part of this action as set forth in SunTrust's removal papers and its Response to Order

23   to Show Cause.

24         / / /

25         / / /

26         / / /

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1    Because SunTrust has timely filed a notice of removal of an action for which this Court

2  has original jurisdiction based on diversity of citizenship and satisfaction of the amount in

3  controversy requirement, the Action was properly removed to this Court.

4    Dated: March 25, 2015          SNELL & WILMER L.L.P.

5

6

7                                        Cynthia L. Alexander, Esq.
                                         Nevada Bar No. 6718
                                         Taylor Anello Esq.
8                                        Nevada Bar No. 12881
                                         3883 Howard Hughes Parkway, Suite 1100
9                                        Las Vegas, NV  89169
                                         Telephone: (702) 784-5200
10                                       Facsimile:  (702) 784-5252
                                         Email: calexander@swlaw.com
11                                              tanello@swlaw.com

12                                       *Attorneys for SunTrust Mortgage, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANT SUNTRUST MORTGAGE, INC.'S STATEMENT REGARDING THE COURT'S MARCH 9, 2015 ORDER CONCERNING REMOVAL** by the following method and addressed to the following:

____X____   via CM/ECF electronic service

Michael N. Beede, Esq.
Nevada State Bar No. 13068
The Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
T: 702.473.8406
F: 702.832.0248
mike@LegalLV.com
Attorney for Les Cohen

DATED this ____ day of March, 2015.

_____
An employee of Snell & Wilmer L.L.P.

21191838

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200