Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Taylor Anello, Esq.
Nevada Bar No. 12881
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Facsímile:  (702) 784-5252
Email: calexander@swlaw.com
          tanello@swlaw.com

*Attorneys for SunTrust Mortgage, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LES COHEN,<br><br>        Plaintiff,<br><br>v.<br><br>GLYNIS TURRENTINE; and SUNTRUST MORTGAGE, INC.; and U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JP ALT 2006-A2; and MONTEREY AT THE LAS VEGAS COUNTRY CLUB; and LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES; DOES 1 through 10, inclusive ROE CORPORATION, 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 2:15-CV-00412-GMN-GWF<br><br>**JOINT STATUS REPORT** |

Plaintiff, Les Cohen ("Plaintiff"), by and through their undersigned counsel of record, Michael Beede, Esq., Defendant SunTrust Mortgage, Inc. ("SunTrust"), by and through its undersigned counsel of record, the law firm of Snell & Wilmer L.L.P., submit this Joint Status Report, as required by the Court's March 9, 2015 Order Concerning Removal.  [Doc. No. 2.]

   *1.*   *Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this Court:*

On January 29, 2015, Plaintiff filed the instant complaint in the Eighth Judicial District Court of Clark County, Nevada, Case No. A-15-713129-C. [Doc. No. 1, Exhibit B.] On February 6, 2015, Plaintiff served SunTrust with the Summons and Complaint. [Doc. No. 1, Exhibit C.] SunTrust filed a Notice of Removal on March 6, 2015. [Doc. No. 1, Exhibit K.] On March 10, 2015, the Court issued an order that Defendants show cause as to why the Court should not remand this action to Clark County District Court for failure to satisfy the diversity jurisdiction requirements set forth in 28 U.S.C. § 1332. [Doc. No. 5]   On March 13, 2015, SunTrust filed an Answer to the Complaint. [Doc. No. 6.]   On March 25, 2015, SunTrust filed a Response to Order to Show Cause and a Request for Judicial Notice. [Doc. Nos. 9 and 10]   On April 8, 2015, Plaintiff filed its Response to the Order to Show Cause. [Doc. No. 12] SunTrust's Reply in Support of its Response is due on or before on April 15, 2015.

***2.   Include a statement by counsel of action required to be taken by this Court:***

No action is currently required by the Court on SunTrust's Response to Order to Show Cause until the matter is fully briefed.

***3.   Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the Court's attention not previously attached to the Notice of Removal:***

The undersigned are unaware of any further motions or pleadings in this action that were not already attached to the Notice of Removal or subsequently filed with the Court herein.

| The Law Office of Mike Beede, PLLC | SNELL & WILMER L.L.P. |
|---|---|
| By: __/s/ Michael N. Beede__<br>Michael N. Beede, Esq.<br>Nevada State Bar No. 13068<br>2300 W. Sahara Ave., Suite 420<br>Las Vegas, NV 89102<br>T: 702.473.8406<br>F: 702.832.0248<br>*Attorney for Les Cohen* | By: */s/ Cynthia L. Alexander*<br>Cynthia L. Alexander, Esq.<br>Nevada Bar No. 6718<br>Taylor Anello Esq.<br>Nevada Bar No. 12881<br>3883 Howard Hughes Parkway, 1100<br>Las Vegas, NV  89169<br>Telephone: (702) 784-5200<br>*Attorneys for SunTrust Mortgage, Inc* |

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **JOINT STATUS REPORT** by the following method and addressed to the following:

___X___ via CM/ECF electronic service

Michael N. Beede, Esq.
Nevada State Bar No. 13068
The Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
T: 702.473.8406
F: 702.832.0248
mike@LegalLV.com
Attorney for Les Cohen

DATED this 13th day of April, 2015.

*/s/ Jwana Harrold*_____
An employee of Snell & Wilmer L.L.P.

21377811

- 3 -