EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
BOYACK ORME & TAYLOR
401 North Buffalo Drive, Suite 202
Las Vegas, Nevada 89145
Telephone: (702) 562-3415
Facsimile: (702) 562-3570
E-Mail: ted@boyacklaw.com
Attorneys for Defendant LAS VEGAS INTERNATIONAL
COUNTRY CLUB ESTATES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LES COHEN, | Case No.: 2:15-CV-00412-GMN-GWF |
| Plaintiff, | |
| v. | |
| GLYNIS TURRENTINE; and SUNTRUST MORTGAGE, INC.; and U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JP ALT 2006-A2; and MONTEREY AT THE LAS VEGAS COUNTRY CLUB; and LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES; DOES 1 through 10, inclusive ROE CORPORATION, 1 through 10, inclusive, | |
| Defendants | |

## STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES WITHOUT PREJUDICE

COME NOW Plaintiff LES COHEN, by and through his counsel Michael Beede, Esq. and the Law Office of Michael Beede PLLC, and Defendant LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES, by and through its counsel Edward Boyack, Esq. and the law firm of Boyack Orme & Taylor, and hereby stipulate and agree as follows:

1.      This matter concerns title to real property located at and identified as 746 Oakmont Avenue, #707, Las Vegas, Nevada 89109 [hereinafter "the Subject Property"].

2.	The Subject Property is located with the Common Interest Community and Association of Defendant LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES [hereinafter "LVICCE"] and as such is governed by the governing documents of LVICCE and the provisions of the Nevada Revised Statutes governing common-interest communities, including but not limited to Chapter 116 thereof.

3.	Pursuant to Nevada law, Monterey at the Las Vegas Country Club conducted a foreclosure sale of the Subject Property and recorded a Deed on May 27th, 2014, from which proceeds have been paid to Defendant LVICCE.

4.	Pursuant to Nevada law and the governing documents of LVICCE, LVICCE held a Lien as against the Subject Property securing delinquent assessments, which was released on or about June 17th, 2014.

THEREFORE IT IS HEREBY STIPULATED AND AGREED that no liens or other claim to title to or of the Subject Property is being asserted by Defendant LVICCE and that no sums which accrued and/or came due prior to June 17th, 2014 may be enforced as against Plaintiff, its assigns or the Subject Property.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation will have no effect upon any obligations, liens or other interests which may have accrued after Plaintiff's acquisition of title to the Subject Property.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation will have no effect upon and shall not modify, waive or amend any of LVICCE's rights to enforce and collect pursuant to its governing documents.

IT IS FURTHER STIPULATED AND AGREED that Defendant LAS VEGAS INTERNTIONAL COUNTRY CLUB ESTATES shall be and hereby is DISMISSED WITHOUT PREJUDICE from this litigation.

. . . .

. . . .

. . . .

1  IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own

2  attorneys' fees and costs as to this Action.

3  Dated this 15 day of December, 2015          Dated this 14 day of December, 2015

4     BOYACK ORME & TAYLOR                    THE LAW OFFICE OF MIKE BEEDE

5  By: /s/                                    By: /s/ SBN 13464
6  Edward D. Boyack, Esq.                         Michael N. Beede, Esq.
   Nevada Bar No. 5229                             Nevada Bar No. 013068
7  401 North Buffalo Drive, Suite 202              2300 W. Sahara Avenue #420
   Las Vegas, Nevada 89145                         Las Vegas, Nevada 89102
8  Telephone: (702) 562-3415                       (702) 473-8406
   Attorneys for Defendant LAS VEGAS               Attorneys for Plaintiff LES COHEN
9  INTERNATIONAL COUNTRY CLUB
   ESTATES

## ORDER

IT IS SO ORDERED.

DATED AND DONE this __16__ day of December, 2015.

_____
DISTRICT COURT JUDGE

Submitted by:

BOYACK ORME & TAYLOR

By: /s/
Edward D. Boyack, Esq.
Nevada Bar No. 5229
401 North Buffalo Drive, Suite 202
Las Vegas, Nevada 89145
Telephone: (702) 562-3415
Attorneys for Defendant LAS VEGAS
INTERNATIONAL COUNTRY CLUB
ESTATES

3